| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **WESTERN DISTRICT OF OKLAHOMA** | **FILED** <br> Feb. 11, 2015 <br> Grant E. Price , Clerk <br> U.S. BANKRUPTCY COURT <br> WESTERN DISTRICT OF OKLA. |

In Re:

**Brianna Paige Traynor**                         Case Number: **14–15004**

               DEBTOR(s).

To:

**Brianna Paige Traynor**                         **Tearsa Storms Olson**

**1604 Markwood Street**                         **Storms Law Office**
**Midwest City, OK 73130**                       **2400 NW 23rd St., Ste. 102**
                                                 **Oklahoma City, OK 73107**

# CLERK'S NOTICE OF DEFICIENCY
# FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

   A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. § § 111, 727, 1328 and 1141. The Court is prohibited from discharging a case until the certificate is filed.

   The docket indicates that the case referenced above is ready for discharge. A certificate of completion of an instruction course concerning financial management has not been filed.

   A discharge cannot be issued in this case until a certificate of completion has been filed. If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge.

DATED: **2/11/15**

| | |
|---|---|
| U.S. Post Office / Federal Building <br> 215 Dean A. McGee Avenue <br> Oklahoma City, OK. 73102 <br> Telephone Number: (405) 609–5700 <br> Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday | FOR THE COURT: <br> **Grant E. Price** <br> **Clerk of the Bankruptcy Court** |